**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SIERRA SHOEMAKE, individually and as mother and next friend of E.G., a minor** **PLAINTIFF**

**V.** **CAUSE NUMBER: 3:25-cv-351-JDM-RP**

**CADENCE EDUCATION LLC** **DEFENDANT**

**DISMISSAL ORDER**

Before the Court is a Joint Motion for Leave to File Motion for Approval of Minor's Settlement Under Seal. [22] But under Mississippi law, a minor's settlement must be approved by a Mississippi chancery court. *O.D. v. Ashley Healthcare Plan*, No. 3:11-CV-146-SA-SAA, 2013 WL 5430458, at *2 (N.D. Miss. Sept. 27, 2013); *In Matter of Est. of Ashmore*, No. 1:97-CV-177-B-D, 1998 WL 211778, at *1 (N.D. Miss. Mar. 25, 1998).

Therefore, the motion for leave is **DISMISSED**.

**SO ORDERED**, this 7th day of October, 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI